**Opinion issued May 11, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-22-00767-CV

_____

**PATRICIA COPE, Appellant**

**V.**

**DOUG FERGUSON, BURNET COUNTY ELECTIONS ADMINISTRATOR; JIM LUTHER, JR., BURNET COUNTY COMMISSIONER, PRECINCT 1; DAMON BEIERLE, BURNET COUNTY COMMISSIONER, PRECINCT 2; BILLY WALL, BURNET COUNTY COMMISSIONER, PRECINCT 3; JOE DON DOCKERY, BURNET COUNTY COMMISSIONER, PRECINCT 4; JAMES OAKLEY, BURNET COUNTY JUDGE, Appellees**

**On Appeal from the 424th District Court**
**Burnet County, Texas**
**Trial Court Case No. 54047**

## MEMORANDUM OPINION

Appellant, Patricia Cope, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.